1018

[No. 73543-8-I. Division One. October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENCE PATRICK ECKHART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01143-8, Douglass A. North, J., entered May 29, 2015. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 73590-0-I. Division One. October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN MICHAEL CURRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02332-9, Thomas J. Wynne, J., entered June 2, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 73593-4-I. Division One. October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAN MANUEL CORTES-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05762-4, John H. Chun, J., entered June 5, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Becker, J.

[No. 73653-1-I. Division One. October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MARVIN BILL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00997-1, Michael T. Downes, J., entered June 18, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Spearman, JJ.